UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| BRIAN ROYER, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
|     v. | )       CAUSE NO. 3:09-CV-112 RL |
| | ) |
| USAA CASUALTY INSURANCE | ) |
| COMPANY, | ) |
| | ) |
|     Defendant. | ) |

**OPINION AND ORDER**

On January 19, 2010, Defendant, USAA Casualty Insurance Company ("USAA"), filed a motion to extend the discovery deadline. However, USAA's motion was unaccompanied by a form of order, pursuant to Local Rule 5.1. See N.D. L.R. 5.1(e) ("The filing of a motion or petition requiring the entry of a routine or uncontested order by the judge or the clerk shall be accompanied by a suitable form of order together with sufficient copies thereof for service upon all parties or their counsel.").

Because USAA has failed to comply with the local rules, its motion is **DENIED WITHOUT PREJUDICE**. [Doc. No. 28]. USAA may refile its motion along with the appropriate form of order.

    **SO ORDERED.**

Dated this 20th Day of January, 2010.

S/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge
